**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  5:18-CR-00252-02** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **MIKE MOSURA (02)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Sentencing (held via VTC)**

| | | | |
|---|---|---|---|
| Date: | August 21, 2020 | Presiding: | Judge Elizabeth E. Foote |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Kathy Keifer |
| Court Adjourned: | 10:30 a.m. | Court Reporter: | Barbara Simpson |
| Statistical Time: | 00:30 | Courtroom: | VIDEO CONFERENCE |
| | | Probation Officer: | Jonathan Guthrie |

**APPEARANCES**

| | | |
|---|---|---|
| Earl M Campbell   (AUSA) | For | United States of America |
| Howard Lyn Lawrence Jr   (RET) | For | Mike Mosura (02), Defendant |
| Mike Mosura (02) | | Defendant (LOCATION RELEASE) |

**PROCEEDINGS**

**COMMENTS/RULINGS:**

The hearing in this matter was held via zoom/video conference pursuant to the CARES Act and the Standing Orders issued by Chief Judge Hicks pursuant to that Act. All parties appeared via video conference. This proceeding was conducted at the request of Defendant after appropriate consultation with his attorney, and with consent of the Government. The waiver signed by Defendant and his counsel has been filed in CM/ECF.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the Defendant is hereby placed on supervised probation for a term of three (3) years as to Count 1.

The defendant was ordered to pay a $100.00 special assessment to the Crime Victim Fund, to be paid immediately to the U.S. Clerk of Court.  A fine of $3,600.00 is ordered. The Court will waive the interest and penalty requirements for the fine.

The defendant is notified of the right to appeal.  If a Notice of Appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the presentence report, under seal, to the Court of Appeals. If the defendant wishes to appeal, Mr. Lawrence will be appointed to represent defendant and file said Notice of Appeal.